UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
OCT 10 2023
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Albany

| | |
|---|---|
| UNITED STATES OF AMERICA, THE STATES OF CALIFORNIA, FLORIDA, GEORGIA, MARYLAND, MASSACHUSETTS, MINNESOTA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, RHODE ISLAND, TENNESSEE, VIRGINIA -*ex rel.* STEPHEN EIMERS,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>LINDSAY CORPORATION, SAFE TECHNOLOGIES, INC., LINDSAY TRANSPORTATION, INC., BARRIER SYSTEMS, INC., VALMONT CORPORATION, VALMONT TRANSPORTATION, ARMORFLEX CORP.,<br><br>　　　　　　　　　　　　Defendants. | Case No: 1:19cv286<br><br>**FILED *IN CAMERA* AND UNDER SEAL**<br><br>**DO NOT ENTER INTO PACER** |

**NOTICE OF VOLUNTARY DISMISSAL**

The Relator/Plaintiff, Stephen Eimers, respectfully files notice of dismissal under Fed.R.Civ.Proc. 41(a)(1)(A)(i) and states that such dismissal is compliant with the statute as no party has filed either an answer or a motion for summary judgment.

IT IS SO ORDERED:

_/s/ Mae A. D'Agostino_
Mae A. D'Agostino
U.S. District Judge

Dated: 10/10/23
　　　　Albany, NY

Respectfully submitted,

**MONROE LAW LLP**
By: /s/ Teresa Monroe
Teresa Monroe
69 State Street, 14th Floor
Albany, New York 12207
Phone: (518) 222-3820
Fax: (518) 320-8038
*Counsel for Relator Stephen Eimers*

1